UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **vs.** | ) | **CRIMINAL ACTION 09-00252-KD** |
| **LESLIE WOOD,** | ) | |
| **Defendant.** | ) | |

# ORDER

This action came on for jury trial on February 3, 2010 and is now before the Court on the joint oral motion to continue the trial of this matter in order for Defendant to be considered for Pre-Trial Diversion.  The parties informed the Court that an agreement had been reached and the United States would recommend that Defendant participate in the Pre-Trial Diversion program administered by the United States Probation Office.  The parties also informed the Court that additional time is necessary for the United States Probation Office to interview and evaluate the Defendant to determine her suitability for the program and the appropriate conditions.  For purposes of the Speedy Trial Act, the Court finds that the period of time during which prosecution is deferred is excludable pursuant to 18 U.S.C. § 3161(h)(2).

However, this continuance is contingent upon the Defendant filing a written waiver of her right to a speedy trial, signed by the Defendant, not later than **Friday, February 5, 2010.** Accordingly, provided that Defendant files the waiver of speedy trial rights, the oral motion to continue trial is **GRANTED** and this case is continued to the **April 2010** trial term with jury selection to be held on **March 29, 2010**.

The United States is **ORDERED** to notify the Court as to the decision of the United

States Probation Office.

The Clerk is directed to refer this matter to the appropriate Magistrate Judge to reschedule a pretrial conference.

**DONE** and **ORDERED** this **3rd** day of **February, 2010.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**